IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YVONNE GRANT, | * |
| Plaintiff, | * |
| v. | Case No. 5:14-CV-119-MTT |
| | * |
| WALMART STORES EAST, LP, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 27, 2014, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 30th day of June, 2014.

William E. Tanner, Clerk

s/ Amy N. Stapleton, Deputy Clerk